IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  NO. 4:05cr00205-01 JM

LAWRENCE HART                                                          DEFENDANT

## ORDER

Pending before the Court is the government's motion for revocation of supervised release of defendant Lawrence Hart. (Docket Entry #41). The government has also requested that a summons be issued for the defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **WEDNESDAY, MARCH 2, 2016, at 10:00 A.M.**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **LAWRENCE HART** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Chris Tarver is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 9th day of February, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE